Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−15831−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cassandra Lynn Banko
   aka Cassandra Lynn Casey, aka Cassandra
   Lynn McGuigan
   304 North Essex Avenue
   Margate City, NJ 08402

Social Security No.:
   xxx−xx−0792

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/10/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 10, 2018
JAN: bc

                                        Jeanne Naughton
                                        Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                                Case No. 18-15831-ABA
Cassandra Lynn Banko                                                  Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin              Page 1 of 1            Date Rcvd: Apr 10, 2018
                               Form ID: 148             Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2018.
db             +Cassandra Lynn Banko,    304 North Essex Avenue,    Margate City, NJ 08402-1830
517409600      +Home Depot Credit Services,    P.O. Box 790328,    St Louis, MO 63179-0328
517409596      +Sharpiro & Denardo, LLC,    3600 Horizon Drive Suite # 150,    King of Prussia, PA 19406-4702
517409595      +Specialized Loan Servicing, Inc,    8742 Lucent Blvd # 300,    Littleton, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 10 2018 22:57:27      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 10 2018 22:57:24      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517409599      +EDI: CAPONEAUTO.COM Apr 11 2018 02:28:00      Capital One Auto Finance,   P.O. Box 60511,
                 City Industry, CA 91716-0511
517424641      +EDI: AISACG.COM Apr 11 2018 02:28:00      Capital One Auto Finance, a division of Capital On,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517409598       EDI: CAPITALONE.COM Apr 11 2018 02:28:00      Capital One Bank,   P.O. Box 30285,
                 Salt Lake City UT 84130-0285
517409597       E-mail/Text: jennifer.chacon@spservicing.com Apr 10 2018 22:58:36
                 Select Portfolio Servicing Inc,    P.O. Box 65250,   Salt Lake City UT 84165-0250
517412469      +EDI: RMSC.COM Apr 11 2018 02:28:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2018 at the address(es) listed below:
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank N.A., successor trustee to Wachovia
               Bank, N.A., as trustee, on behalf of the holders of Multi-Class Mortgage Pass-Through
               Certificates, Series 2005-A1 kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 3
```